BARNET WEINSTEIN et al., Copartners under the Firm Name of B. WEINSTEIN, Respondents, *v.* ROSE GOLD, Appellant.

Submitted May 19, 1941; decided May 29, 1941.

*Paul Milstein* for motion.

*Lottie L. Stillerman* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground the order is not appealable.